UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                              Case No.:     18-20192

KUCHEN, PETER                                       Chapter:      7

KUCHEN, VIRGINIA                                    Judge:        CMG

---

**NOTICE OF PROPOSED ABANDONMENT**

---

<u>Thomas J. Orr</u>, <u>Chapter 7 Trustee</u> in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: |
|---|
| Clarkson S. Fisher US Courthouse<br>402 East State Street<br>Trenton, NJ 08608 |

If an objection is filed, a hearing will be held before the Honorable <u>Christine M. Gravelle</u> on <u>October 1, 2019</u> at <u>10:00</u> a.m. at the United States Bankruptcy Court, Courtroom no. 3. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: |
|---|
| Real Estate at: 898 SANDY CIRCLE, MANAHAWKIN, NJ<br>The property is valued at $244,333. Sheriff sale October 1, 2019. |

| Liens on property: |
|---|
| HSBC MORTGAGE - $242,216 |

| Amount of equity claimed as exempt: |
|---|
| NONE |

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | /s/Thomas J. Orr, Trustee |
| Address: | 321 High Street, Burlington, NJ 08016 |
| Phone number: | (609)386-8700 |

rev.8/1/15

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                            Case No. 18-20192-CMG
Peter Kuchen                                                      Chapter 7
Virginia Kuchen
          Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Aug 29, 2019
                              Form ID: pdf905          Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2019.
db/jdb        #+Peter Kuchen,    Virginia Kuchen,    898 Sandy Circle,    Manahawkin, NJ 08050-2548
517541876      +Advanced Radiology South,    P.O. box 6750,    Portsmouth, NH 03802-6750
517541877      +Andrea Visgilio-McGrath, LLS,    150 Clove Rd, 2nd floor,    Little Falls, NJ 07424-2139
517541878      +Atlantic Radiologists,    c/o Rickart Collection Systems,    575 Milltown Road,    P.O. Box 7242,
                 North Brunswick, NJ 08902-7242
517541879      +Barron Emergency Physicians,    PO Box 7418,    Philadelphia, PA 19101-7418
517541880      +Basepointe-HM,    3225 North Star Circle,    Louisville, TN 37777-5059
517541881      +Bureau of Accounts Control,    P.O. Box 538,    Howell, NJ 07731-0538
517541883      +Celentano, Stadtmauer & Walentowicz,    Notchview Office Park,    1035 Route 46 East,
                 P.O. Box 2594,    Clifton, NJ 07015-2594
517680848      +Chrysler Capital,    PO Box 961275,    Fort Worth, TX 76161-0275
517541885      +Chrysler Capital,    Attention: Bankruptcy Dept,    P.O. Box 961278,    Fort Worth, TX 76161-0278
517541887      +Commonweatlh Financial Systems,    245 Main Street,    Dickson City, PA 18519-1641
517748309       HSBC Bank USA, National Association as Trustee for,    1000 Blue Gentian Road,
                 Eagan MN 55121-7700
517541889      +HSBC Mortgage Corp,    P.O. Box 0241,    Buffalo, NY 14270-0001
517541890      +IC System,    P.O. Box 64378,    Saint Paul, MN 55164-0378
517541891      +Lyons, Doughty & Veldhuis,    P.O. Box 1269,    Mount Laurel, NJ 08054-7269
517541892      +Maryland Transportation Authority,    P.O. Box 17600,    Baltimore, MD 21297-1600
517541894      +NJ Acute Care Specialists,    P.O. Box 630707,    Cincinnati, OH 45263-0707
517541895       NJ Attorney General Office,    Division of Law,    Richard J. Hughes Justice Complex,
                 25 Market St, P.O. Box 112,    Trenton, NJ 08625-0112
517541896      +NJ Dept of Labor & Workforce,    P. O. Box 951,    Trenton, NJ 08625-0951
517541897      +NJ E-ZPass Violations Processing,    P.O. Box 52005,    Newark, NJ 07101-8205
517541898      +NJ Turnpike Authority,    581 Main Street,    P.O. Box 5042,    Woodbridge, NJ 07095-5042
517541899      +Office of the NJ Public Defender,    Hughes Justice Complex, 1st Fl, N-wing,    25 Market Street,
                 P.O. Box 850,    Trenton, NJ 08625-0850
517541901      +Progressive Healthcare Systems,    3425 Pelham Road,    Fort Worth, TX 76116-7320
517541902      +Quality Asset Recovery,    7 Foster Avenue Ste 101,    Gibbsboro, NJ 08026-1191
517541905      +SOCH,    1140 Rte 72 West,    Manahawkin, NJ 08050-2412
517541903      +Selip & Stylianou,    199 Crossways Park Drive,    Woodbury, NY 11797-2016
517541904      +Shapiro & DeNardo,    14000 Commerce Pkwy, Ste B,    Mount Laurel, NJ 08054-2242
517794423      +Southern Ocean City Hospital,    CCCB,    POB 1750,    Whitehouse Sta, NJ 08889-1750
517541906      +Southern Ocean Primary Care,    53 Nautilus Dr, Ste B,    Manahawkin, NJ 08050-2465
518148103      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518148104      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517541907      +Synergetic Communication,    5450 NW Central #220,    Houston, TX 77092-2061
517541909       USPS,    San Mateo Service Center,    1630 W. Delaware Street,    San Mateo, CA 94402
517541910      +Wells Fargo Home Mortgage,    P.O. Box 10335,    Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 30 2019 00:21:47      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 30 2019 00:21:44      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517664274       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 30 2019 00:23:43
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Reimbursement,
                 Technologies, Inc.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517541882      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 30 2019 00:23:33      Capital One,
                 Bankruptcy Dept,    P.O. Box 30273,    Salt Lake City, UT 84130-0273
517541884      +E-mail/Text: bankruptcy@certifiedcollection.com Aug 30 2019 00:21:36
                 Certified Credit & Collection,    P.O. Box 336,    Raritan, NJ 08869-0336
517541886      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 30 2019 00:21:43      Commerce Bank,
                 c/o Midland Funding,    8875 Aero Drive, Ste 200,    San Diego, CA 92123-2255
517664273       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 30 2019 00:24:11
                 LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
                 Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517541893      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 30 2019 00:21:43      Midland Funding,
                 8875 Aero Drive, Ste 200,    San Diego, CA 92123-2255
517669969       E-mail/Text: bnc-quantum@quantum3group.com Aug 30 2019 00:21:38
                 Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA 98083-0788
517794952      +E-mail/Text: bncmail@w-legal.com Aug 30 2019 00:21:54      SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
517541908       E-mail/Text: bankruptcy@td.com Aug 30 2019 00:21:48      TD Bank,    Recovery Dept,
                 P.O. Box 9547,    Portland, ME 04112
                                                                                              TOTAL: 11
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Aug 29, 2019
                              Form ID: pdf905          Total Noticed: 45
```

          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517541888     ##+Financial Asset Management,    P.O. Box 451409,    Atlanta, GA 31145-9409
517541900     ##+Phoenix Financial Services,    P.O. Box 26580,    Indianapolis, IN 46226-0580
                                                                                TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2019 at the address(es) listed below:
          Charles G. Wohlrab    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
           GSMPS Mortgage Loan Trust 2005-RP1 cwohlrab@LOGS.com,  njbankruptcynotifications@logs.com
          Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
           GSMPS Mortgage Loan Trust 2005-RP1 rsolarz@kmllawgroup.com
          Steven J. Abelson    on behalf of Debtor Peter   Kuchen sjaesq@atrbklaw.com,
           atrbk1@gmail.com;r49787@notify.bestcase.com
          Steven J. Abelson    on behalf of Joint Debtor Virginia   Kuchen sjaesq@atrbklaw.com,
           atrbk1@gmail.com;r49787@notify.bestcase.com
          Thomas   Orr    tom@torrlaw.com,  Torr@ecf.axosfs.com
          Thomas   Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com,  Torr@ecf.axosfs.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7